IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EVEREE PLUMMER, INDIVIDUALLY as )
WIFE and NEXT FRIEND of )
MORRIS PLUMMER )
) NO. 07 CV 6187
                Plaintiff, )
)
v. )
)
UNITED STATES OF AMERICA, )
)
)
                Defendant. )

## MOTION TO FILE FIRST AMENDED COMPLAINT

NOW COMES Plantiff, Everee Plummer, Individually as Wife and Next Friend of Morris Plummer, by and through her attorney, James M. Sanford, of Cochran, Cherry, Givens, Smith & Montgomery, LLC, and ask Leave to File Plaintiff's First Amended Complaint against Defendant, the United States of America and states as follows:

1. Plantiff, Morris Plummer, Individually, by and through her attorney, James M. Sanford, of Cochran, Cherry, Givens, Smith & Montgomery, LLC, filed a Complaint at Law complaining of Medical Malpractice against Defendant, the United States of America for a four year delay in communicating a positive diagnosis of cancer in 2002.

2. On November 21, 2007, Plaintiff, Morris Plummer died as a result of his Cancer.

3. Plaintiff's wife, Everee Plummer, asks leave to file her First Amended Complaint in her individual and representative capacity seeking to pursue Wrongful Death and Survivorship causes of action which flow from the original allegations brought forth in Morris Plummer's Complaint at Law.

4. Plaintiff is in compliance with the two year statute of limitations.

5. Additionally, Plantiff, Everee Plummer, seeks leave to Dismiss D. H. Rogers, M.D., as a Defendant and proceed only against Defendant, the United States of America.

WHEREFORE, Plaintiff, Everee Plummer, Individually as Wife and Next Friend of Morris Plummer, by and through her attorney, James M. Sanford, of Cochran, Cherry, Givens, Smith & Montgomery, LLC, and ask Leave to File Plaintiff's First Amended Complaint against Defendant, the United States of America.

Respectfully submitted,

By: s/ *James M. Sanford*
James M. Sanford
Attorney for Plaintiff

James M. Sanford, Esq.
Cochran, Cherry, Givens, Smith & Montgomery, LLC
One N. LaSalle Street, Suite 2450
Chicago, IL 60602
(312) 977-0200