IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVEREE PLUMMER, INDIVIDUALLY as WIFE and NEXT FRIEND of MORRIS PLUMMER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) NO. 07 CV 6187 |

## NOTICE OF MOTION

TO: Ann L. Wallace
Assistant United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
(312) 886-9082

    **Please take Notice** that I have filed this day with the Clerk of the above Court Plaintiff's Motion to File First Amended Complaint, a copy of which is attached hereto and served upon you.

    **Please take further Notice** that I shall appear before the Honorable Wayne Anderson or before any other Judge sitting in his place on the 7th day of February, 2008 at 9:00am, or soon thereafter as counsel to be heard and then present

    DATED at Chicago, Illinois this 1st of February, 2008.

Respectfully submitted,

By: s/ *James M. Sanford*
James M. Sanford
Attorney for Plaintiff

### Certificate of Service

    I certify that I caused a true and correct copy of the attached Plaintiff's Motion to File First Amended Complaint and First Amended Complaint to each person listed in the Notice of Filing by electronic means on February 1, 2008.

By: s/ *James M. Sanford*
James M. Sanford