## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Morris Plummer
                                Plaintiff,

v.                                                    Case No.: 1:07–cv–06187
                                                       Honorable Wayne R. Andersen

United States Of America, et al.
                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, February 7, 2008:

      MINUTE entry before Judge Wayne R. Andersen :Plaintiff's motion for leave to file [8] amended complaint is granted. Amended complaint shall be filed as a separate document and not as an attachment. Mailed notice(tsa, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.